NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RON THEODORE RUBINO,            )
                               )
        Appellant,             )
                               )
v.                             )        Case No. 2D16-4193
                               )
STATE OF FLORIDA,              )
                               )
        Appellee.              )
_____)

Opinion filed February 16, 2018.

Appeal from the Circuit Court for Polk
County; Wayne M. Durden, Judge.

Howard L. Dimmig, II, Public Defender,
and Nicholas Martino, Special Assistant
Public Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Jeffrey H. Siegal,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.

        Affirmed.


MORRIS, LUCAS, and SALARIO, JJ., Concur.